Ryan W. Koppelman (SBN 290704)
**ALSTON & BIRD LLP**
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
Telephone:     650-838-2000
Facsimile:      650-838-2001
ryan.koppelman@alston.com

*Attorneys for Plaintiff
Resideo Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Resideo Technlogies, Inc.<br><br>          Plaintiff,<br><br>     v.<br><br>EcoFactor, Inc.<br><br>          Defendant. | Case No. 4:21-cv-01496-HSG<br><br>**ORDER GRANTING PLAINTIFF RESIDEO TECHNOLOGIES INC.'S NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**<br><br>Judge Haywood S. Gilliam Jr. |

The court hereby GRANTS Plaintiff Resideo Technologies, Inc.'s request to withdraw STEPTOE & JOHNSON, LLP as counsel of record and substitute ALSTON & BIRD LLP as lead counsel.

IT IS SO ORDERED.

Dated:  3/23/2021

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.